B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Spirit Tours, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**54-2002213** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12134 Washington Highway**<br>**Suite B**<br>**Ashland, VA**    ZIP Code **23005** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hanover** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Spirit Tours, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

    ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

            _____<br>
            (Name of landlord that obtained judgment)

            _____<br>
            (Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Spirit Tours, LLC**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Paula S. Beran**
Signature of Attorney for Debtor(s)

**Paula S. Beran 34679**
Printed Name of Attorney for Debtor(s)

**Tavenner & Beran, PLC**
Firm Name

**20 North 8th Street**
**Second Floor**
**Richmond, VA 23219**
Address

**(804) 783-8300  Fax: (804) 783-0178**
Telephone Number

**March  4, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robyn T. Winston**
Signature of Authorized Individual

**Robyn T. Winston**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**March  4, 2011**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**SPIRIT TOURS, LLC**
a Virginia limited liability company (the "Company")

Consent of Membership Interests

March 2, 2011

The undersigned, being the holders of all of the outstanding membership interests and/or other equity interests of the Company hereby approves of the following action by written consent:

RESOLVED, that the Company shall be, and hereby is, authorized to: (a) file a voluntary petition (the "Petition") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Virginia or such other court as the appropriate officer or officers of the Company shall determine to be appropriate (the "Bankruptcy Court"); (b) if, prior to filing the Petition, circumstances arise making it necessary or convenient, consent to the entry of an order for relief and convert an involuntary commenced chapter 7 case to a case under chapter 11 of the Bankruptcy Code; and/or (c) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that Robyn T. Winston and/or Anthony E. Winston (collectively, the "Designated Officers") shall be, and each of them, acting alone, hereby is, authorized, directed and empowered on behalf of and in the name of the Company to: (a) execute and verify the Petition and all other ancillary documents and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Officer); (b) execute (i) a consent to the entry of an order for relief in an involuntarily commenced chapter 11 case, if any, or (ii) a request for conversion of an involuntarily commenced chapter 7 case, if any, to a case under chapter 11 of the Bankruptcy Code; (c) execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents (including debtor-in-possession loan documents) necessary or desirable in connection with the foregoing; and/or (d) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms as any such Designated Officer may approve;

FURTHER RESOLVED, that the Designated Officers of the Company shall be, and each of them, acting alone, hereby is, authorized, directed and empowered to retain, on behalf of the Company: (a) Tavenner & Beran, PLC; and (b) such additional professionals including, without limitation, other attorneys, accountants, financial advisors, investment bankers, consultants or brokers, in each case as in such officer's or officers' judgment may be necessary in connection

with the Company's chapter 11 case and other related matters, on such terms as any Designated Officers shall approve;

FURTHER RESOLVED, that the law firm, Tavenner & Beran, PLC, and any additional special or local counsel selected by the Designated Officers, if any, shall be, and hereby are, authorized, empowered, and directed to represent the Company, as debtor and debtor-in-possession, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code;

FURTHER RESOLVED, that the Company, as debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code, shall be, and hereby is, authorized to borrow funds and undertake related financing transactions (collectively, the "Financing Transactions") from such lenders and on such terms as may be approved by any one or more of the Designated Officers of the Company, as reasonably necessary for the continuing conduct of the affairs of the Company, and grant security interests in and liens upon all or substantially all of the Company's assets as may be deemed necessary by any one or more of the Designated Officers of the Company in connection with such borrowings;

FURTHER RESOLVED, (a) that the Designated Officers of the Company shall be, and each of them, acting alone, hereby is, authorized, directed and empowered in the name of and on behalf of the Company, as debtor and debtor-in-possession, to take such actions and execute and deliver such agreements, certificates, instruments, guaranties, notices and any and all other documents as the Designated Officers may deem necessary or appropriate to facilitate the Financing Transactions (collectively, "Financing Documents"); (b) that Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Designated Officers are approved; and/or (c) that the actions of the Designated Officers taken pursuant to this resolution, including the execution and delivery of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of the approval thereof by such Designated Officers and by the Company;

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officers of the Company, each of the Designated Officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any Designated Officers of the Company in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed and approved.

This consent was executed and delivered by all members of Spirit Tours, LLC on the date set forth below.

March 2, 2011

_____
ROBYN T. WINSTON

March 2, 2011

_____
ANTHONY E. WINSTON

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Spirit Tours, LLC**

_____
Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>_Name of creditor and complete mailing address including zip code_ | (2)<br><br>_Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | (3)<br><br>_Nature of claim (trade debt, bank loan, government contract, etc.)_ | (4)<br><br>_Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | (5)<br><br>_Amount of claim [if secured, also state value of security]_ |
|---|---|---|---|---|
| **American Express Blue**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336** | **American Express Blue**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336** | | | **24,899.00** |
| **Town of Ashland Treasurer**<br>**PO Box 1600**<br>**Ashland, VA 23005** | **Town of Ashland Treasurer**<br>**PO Box 1600**<br>**Ashland, VA 23005** | | | **10,186.78** |
| **United States Treasury**<br>**1500 Pennsylvania Ave. NW**<br>**Washington, DC 20220** | **United States Treasury**<br>**1500 Pennsylvania Ave. NW**<br>**Washington, DC 20220** | | | **9,267.89** |
| **Quarles Fuel Network**<br>**1701 Fall Hill Avenue**<br>**Fredericksburg, VA 22401** | **Quarles Fuel Network**<br>**1701 Fall Hill Avenue**<br>**Fredericksburg, VA 22401** | | | **6,430.00** |
| **United States Treasury**<br>**1500 Pennsylvania Ave. NW**<br>**Washington, DC 20220** | **United States Treasury**<br>**1500 Pennsylvania Ave. NW**<br>**Washington, DC 20220** | | | **4,340.08** |
| **Beacon Wireless Solutions, Inc**<br>**206 Laird Drive, Ste 207**<br>**Toronto, Ontario M4G 3W5**<br>**CANADA** | **Beacon Wireless Solutions, Inc**<br>**206 Laird Drive, Ste 207**<br>**Toronto, Ontario M4G 3W5**<br>**CANADA** | | | **1,979.12** |
| **Va Department of Taxation**<br>**PO Box 27264**<br>**Richmond, VA 23261** | **Va Department of Taxation**<br>**PO Box 27264**<br>**Richmond, VA 23261** | | | **1,956.00** |
| **Fellowship Community Church**<br>**PO Box 2252**<br>**Attn: Tony Ramirez**<br>**Mechanicsville, VA 23116** | **Fellowship Community Church**<br>**PO Box 2252**<br>**Attn: Tony Ramirez**<br>**Mechanicsville, VA 23116** | | | **1,215.00** |
| **Southern States Employee Assoc**<br>**6606 W. Broad St.**<br>**Attn: Sonia Thierry**<br>**Richmond, VA 23230** | **Southern States Employee Assoc**<br>**6606 W. Broad St.**<br>**Attn: Sonia Thierry**<br>**Richmond, VA 23230** | | | **1,025.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Spirit Tours, LLC**                                    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Capital One Small Business**<br>**General Correspondence**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | **Capital One Small Business**<br>**General Correspondence**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | | **473.00** |
| **Summit Christian School**<br>**4900 Summit Blvd**<br>**Attn: T. Trindale**<br>**West Palm Beach, FL 33415** | **Summit Christian School**<br>**4900 Summit Blvd**<br>**Attn: T. Trindale**<br>**West Palm Beach, FL 33415** | | | **464.00** |
| **Comcast**<br>**5401 Staples Mill Road**<br>**Henrico, VA 23228** | **Comcast**<br>**5401 Staples Mill Road**<br>**Henrico, VA 23228** | | | **447.72** |
| **Amelia High School**<br>**8500 Otterburn Rd**<br>**Attn: Mike Neller**<br>**Amelia Court House, VA 23002** | **Amelia High School**<br>**8500 Otterburn Rd**<br>**Attn: Mike Neller**<br>**Amelia Court House, VA 23002** | | | **420.00** |
| **RaceAway Hospitality**<br>**2809 NW 5th St**<br>**Attn J. Strathman**<br>**Ankeny, IA 50023** | **RaceAway Hospitality**<br>**2809 NW 5th St**<br>**Attn J. Strathman**<br>**Ankeny, IA 50023** | | | **397.20** |
| **American Express**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336** | **American Express**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336** | | | **370.00** |
| **Verizon**<br>**PO Box 83078**<br>**Saint Petersburg, FL 33733** | **Verizon**<br>**PO Box 83078**<br>**Saint Petersburg, FL 33733** | | **Disputed** | **317.00** |
| **Virginia Employment Commission**<br>**PO Box 27483**<br>**Richmond, VA 23261** | **Virginia Employment Commission**<br>**PO Box 27483**<br>**Richmond, VA 23261** | | | **228.39** |
| **United States Treasury**<br>**1500 Pennsylvania Ave. NW**<br>**Washington, DC 20220** | **United States Treasury**<br>**1500 Pennsylvania Ave. NW**<br>**Washington, DC 20220** | | | **131.29** |
| **Astoria Wives Club, Inc.**<br>**3601 Reynolds Rd**<br>**Attn:  Jean Hall Dabney**<br>**Richmond, VA 23223** | **Astoria Wives Club, Inc.**<br>**3601 Reynolds Rd**<br>**Attn:  Jean Hall Dabney**<br>**Richmond, VA 23223** | | | **100.00** |
| **Dominion Virginia Power**<br>**PO Box 26666**<br>**Richmond, VA 23290** | **Dominion Virginia Power**<br>**PO Box 26666**<br>**Richmond, VA 23290** | | | **98.23** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Spirit Tours, LLC**                                          Case No. _____

_____
              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **March 4, 2011**                    Signature   **/s/ Robyn T. Winston**
                                                         **Robyn T. Winston**
                                                         **Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Spirit Tours, LLC**,
              Debtor

Case No. _____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Anthony E. Winston<br>2716 Jon Page Ct<br>Glen Allen, VA 23060 | | 49% | membership |
| Robyn Winston<br>2716 Jon Page Ct<br>Glen Allen, VA 23060 | | 51% | membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**March 4, 2011**___

Signature **/s/ Robyn T. Winston**
**Robyn T. Winston**
**Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Spirit Tours, LLC**                                   Case No.

                                          Debtor(s)               Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March  4, 2011**                       **/s/ Robyn T. Winston**

                                          **Robyn T. Winston**/**Vice President**
                                          Signer/Title

Amelia High School
8500 Otterburn Rd
Attn: Mike Neller
Amelia Court House, VA 23002


American Express
PO Box 360001
Fort Lauderdale, FL 33336


American Express Blue
PO Box 360001
Fort Lauderdale, FL 33336


Anthony E. Winston
2716 Jon Page Ct
Glen Allen, VA 23060


Astoria Wives Club, Inc.
3601 Reynolds Rd
Attn:  Jean Hall Dabney
Richmond, VA 23223


Beacon Wireless Solutions, Inc
206 Laird Drive, Ste 207
Toronto, Ontario M4G 3W5
CANADA


Caleb Baylee Real Estate LLC
8430 Meadowbridge Rd
Mechanicsville, VA 23116


Capital One Small Business
General Correspondence
PO Box 30285
Salt Lake City, UT 84130


Chase Paymentech
PO Box 29534
Phoenix, AZ 85038


Comcast
5401 Staples Mill Road
Henrico, VA 23228

County of Hanover
Commissioner of Revenue
PO Box 470
Hanover, VA 23069


Distinctive Systems, Inc.
928 Broadway, Ste 1000
New York, NY 10010


Dodson Pest Control
3712 Campbell Ave
Lynchburg, VA 24501


Dominion Virginia Power
PO Box 26666
Richmond, VA 23290


Fellowship Community Church
PO Box 2252
Attn: Tony Ramirez
Mechanicsville, VA 23116


NCO Financial Services
807 Prudential Road
Horsham, PA 19044


Pembrooke Occupational Health
PO Box 75169
Baltimore, MD 21275


Porter Realty Company
PO Box 6482
Richmond, VA 23230


Quarles Fuel Network
1701 Fall Hill Avenue
Fredericksburg, VA 22401


RaceAway Hospitality
2809 NW 5th St
Attn J. Strathman
Ankeny, IA 50023

Robyn and Anthony Winston
2716 Jon Page Ct
Glen Allen, VA 23060


Robyn Winston
2716 Jon Page Ct
Glen Allen, VA 23060


Southern States Employee Assoc
6606 W. Broad St.
Attn: Sonia Thierry
Richmond, VA 23230


Summit Christian School
4900 Summit Blvd
Attn: T. Trindale
West Palm Beach, FL 33415


Town of Ashland Treasurer
PO Box 1600
Ashland, VA 23005


United States Treasury
1500 Pennsylvania Ave. NW
Washington, DC 20220


US Bancorp Equipment Finance
13010 SW 68th Pkwy
Portland, OR 97223


Va Department of Taxation
PO Box 27264
Richmond, VA 23261


Verizon
PO Box 83078
Saint Petersburg, FL 33733


Virginia Employment Commission
PO Box 27483
Richmond, VA 23261

Volvo Financial Services
7025 Albert Pick Rd
Ste 105
Greensboro, NC 27409


Volvo Financial Services
PO Box 26131
Greensboro, NC 27402-6131


Wells Fargo Equipment Finance
NW-8178
PO Box 1450
Minneapolis, MN 55485-8178


Winston Enterprises, Inc.
2716 Jon Page Ct
Glen Allen, VA 23060

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Spirit Tours, LLC**  
_____  
Debtor(s)

Case No. _____  
Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Spirit Tours, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  4, 2011**  
_____  
Date

**/s/ Paula S. Beran**  
_____  
**Paula S. Beran**  
Signature of Attorney or Litigant  
Counsel for    **Spirit Tours, LLC**  
**Tavenner & Beran, PLC**  
**20 North 8th Street**  
**Second Floor**  
**Richmond, VA 23219**  
**(804) 783-8300 Fax:(804) 783-0178**

# Spirit Tours
# Profit & Loss
### January through December 2010

|  | Jan - Dec 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4012 · Returned Check Charges | 5.00 |
| 4020 · Canceled Trips Admin Fees | 24.50 |
| 4030 · Reimbursed Expenses | 10,013.60 |
| 4040 · Tour Sales | 159,249.01 |
| 4050 · Motorcoach Sales | 506,080.87 |
| 4051 · Mid-Size Coach Sales | 13,481.00 |
| 4060 · SnowPlowing | 4,322.29 |
| 4061 · Outside Repair/Maintence Income | 5,851.10 |
| 4090 · Uncategorized Income | 280.00 |
| **Total Income** | **699,307.37** |
| **Gross Profit** | **699,307.37** |
| **Expense** | |
| 6000 · Outside Maintenance-Parts | 503.90 |
| 6001 · Vehicle Damage | -1,511.59 |
| 6110 · Automobile Expense | |
| 6110.1 · Mileage | 3,047.80 |
| **Total 6110 · Automobile Expense** | **3,047.80** |
| 6120 · Bank Service Charges | |
| 6120.1 · Credit Card Statement Fees | 45.50 |
| 6120.2 · CC Processing Transaction Fees | 755.74 |
| 6120 · Bank Service Charges - Other | 1,115.00 |
| **Total 6120 · Bank Service Charges** | **1,916.24** |
| 6145 · Cleaning | 1,260.02 |
| 6160 · Dues and Subscriptions | |
| 6162 · Books | 52.50 |
| 6160 · Dues and Subscriptions - Other | 2,279.25 |
| **Total 6160 · Dues and Subscriptions** | **2,331.75** |
| 6171 · Customer Relations | 10.88 |
| 6180 · Insurance | |
| 6180.1 · Property Insurance | 2,525.00 |
| 6180.2 · Vehicle BI/PD/UM | 38,133.34 |
| 6180.4 · Medical | 9,704.54 |
| 6180.5 · Dental | 732.62 |
| 6180.6 · General Liability Insurance | 1,698.00 |
| 6180.8 · Work Comp | 5,896.00 |
| 6182 · Claims Paid | 9.74 |
| **Total 6180 · Insurance** | **58,699.24** |
| 6190 · Leased Vehicles Expense | 0.00 |
| 6191 · Building Lease/Rent | |
| 6191.1 · Building Repairs | 506.00 |
| 6191 · Building Lease/Rent - Other | 40,080.00 |
| **Total 6191 · Building Lease/Rent** | **40,586.00** |
| 6200 · Interest Expense | |
| 6200.1 · Finance Charge | 2,179.71 |
| 6200.2 · Loan Interest | 54,596.34 |
| 6200.4 · Late Fees | 2,586.05 |
| 6200 · Interest Expense - Other | 35.55 |
| **Total 6200 · Interest Expense** | **59,397.65** |
| 6210 · Web Development | 120.00 |
| 6220 · Computer / Network Repair | 220.00 |
| 6230 · Licenses and Permits | 7,185.96 |
| 6231 · Citation Expense | 125.00 |
| 6232 · Uniforms | 125.77 |
| 6233 · Medical Costs | 1,057.00 |
| 6240 · Miscellaneous | 275.51 |
| 6250 · Postage and Delivery | 728.45 |

# Spirit Tours
# Profit & Loss
### January through December 2010

| | Jan - Dec 10 |
|---|---|
| **6251 · Office Supplies** | 1,097.21 |
| **6252 · Shop Supplies** | 502.70 |
| **6270 · Professional Fees** | |
| 6270.1 · Legal Fees | 288.00 |
| 6270.2 · Accounting | 1,800.00 |
| 6270.3 · Advertising | 2,503.90 |
| 6270.4 · Hiring Expenses | 135.00 |
| **Total 6270 · Professional Fees** | 4,726.90 |
| **6280 · Charitable Contributions** | 3,514.85 |
| **6290 · Tour Expenses** | |
| 6290.1 · Subcontracted Tour Expenses | 12,408.50 |
| 6290 · Tour Expenses - Other | 40,510.15 |
| **Total 6290 · Tour Expenses** | 52,918.65 |
| **6300 · Repairs/Maintenance** | |
| 6300.1 · Equipment Repairs | 10,165.84 |
| 6300.2 · Janitorial Expense | 291.98 |
| 6300.3 · Equipment Maintenance/Upkeep | 6,017.61 |
| 6300.4 · Tires | 13,561.39 |
| 6300.5 · Breakdown Assistance | 934.05 |
| 6300.6 · Outside Vehicle Maintenance | 146.22 |
| 6300 · Repairs/Maintenance - Other | 277.99 |
| **Total 6300 · Repairs/Maintenance** | 31,395.08 |
| **6340 · Telephone Equipment** | 22.40 |
| **6347 · Fuel** | 93,080.74 |
| **6348 · Tolls** | 2,396.17 |
| **6350 · Travel & Ent** | |
| 6350.1 · Mileage | 75.00 |
| 6350.2 · Meals | 17,337.67 |
| 6350.3 · Travel | 2,142.22 |
| 6350.4 · Lodging | 7,166.66 |
| 6350.5 · Parking | 2,023.80 |
| **Total 6350 · Travel & Ent** | 28,745.35 |
| **6390 · Utilities** | |
| 6390.1 · Electric | 1,516.16 |
| 6390.2 · Telephone | |
| 6390.21 · GPS Tracking | 1,079.52 |
| 6390.22 · Cellular Phone | 4,780.27 |
| 6390.2 · Telephone - Other | 3,287.94 |
| **Total 6390.2 · Telephone** | 9,147.73 |
| 6390.3 · Internet | 179.40 |
| 6390.4 · Satellite Radio | 895.42 |
| **Total 6390 · Utilities** | 11,738.71 |
| **6560 · Payroll Expenses** | |
| 6560.1 · Officer Salary | 72,200.00 |
| 6560.3 · Payroll Taxes | |
| 6560.31 · VA Unemployment Company | 500.96 |
| 6560.32 · Penalty | 184.86 |
| 6560.3 · Payroll Taxes - Other | 972.35 |
| **Total 6560.3 · Payroll Taxes** | 1,658.17 |
| 6560.7 · Gratuity | 2,188.00 |
| 6560 · Payroll Expenses - Other | 184,559.27 |
| **Total 6560 · Payroll Expenses** | 260,605.44 |
| **6800 · Taxes** | |
| 6800.2 · Local | 555.48 |
| 6800.3 · Property | 16,084.79 |
| 6800.4 · State | 10.00 |
| 6800.5 · Fuel Taxes | 337.59 |
| 6800 · Taxes - Other | 2,255.62 |

# Spirit Tours
# Profit & Loss
## January through December 2010

|  | Jan - Dec 10 |
|---|---|
| **Total 6800 · Taxes** | 19,243.48 |
| **6996 · Reconciliation Discrepancies** | 0.00 |
| **6998 · Bad Debt Expense** | 120.00 |
| **Total Expense** | 686,187.26 |
| **Net Ordinary Income** | 13,120.11 |
| **Net Income** | **13,120.11** |

# Spirit Tours
# Profit & Loss
### January 2011

|  | Jan 11 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4040 · Tour Sales | 8,810.00 |
| 4050 · Motorcoach Sales | 13,936.80 |
| **Total Income** | 22,746.80 |
| **Gross Profit** | 22,746.80 |
| **Expense** | |
| 6001 · Vehicle Damage | -57.50 |
| 6120 · Bank Service Charges | |
| 6120.1 · Credit Card Statement Fees | 3.50 |
| 6120.2 · CC Processing Transaction Fees | 121.61 |
| **Total 6120 · Bank Service Charges** | 125.11 |
| 6200 · Interest Expense | |
| 6200.1 · Finance Charge | 323.65 |
| 6200.2 · Loan Interest | 743.54 |
| **Total 6200 · Interest Expense** | 1,067.19 |
| 6230 · Licenses and Permits | 140.00 |
| 6250 · Postage and Delivery | 14.49 |
| 6251 · Office Supplies | 58.54 |
| 6252 · Shop Supplies | 30.45 |
| 6270 · Professional Fees | |
| 6270.3 · Advertising | 167.55 |
| **Total 6270 · Professional Fees** | 167.55 |
| 6290 · Tour Expenses | |
| 6290.1 · Subcontracted Tour Expenses | 4,305.00 |
| 6290 · Tour Expenses - Other | -15.00 |
| **Total 6290 · Tour Expenses** | 4,290.00 |
| 6300 · Repairs/Maintenance | |
| 6300.1 · Equipment Repairs | 438.23 |
| 6300.3 · Equipment Maintenance/Upkeep | 58.52 |
| **Total 6300 · Repairs/Maintenance** | 496.75 |
| 6347 · Fuel | 3,685.85 |
| 6350 · Travel & Ent | |
| 6350.2 · Meals | 120.00 |
| **Total 6350 · Travel & Ent** | 120.00 |
| 6390 · Utilities | |
| 6390.1 · Electric | 101.62 |
| 6390.2 · Telephone | |
| 6390.22 · Cellular Phone | 326.65 |
| 6390.2 · Telephone - Other | 517.84 |
| **Total 6390.2 · Telephone** | 844.49 |
| 6390.3 · Internet | 179.40 |
| **Total 6390 · Utilities** | 1,125.51 |
| 6560 · Payroll Expenses | |
| 6560.1 · Officer Salary | 5,600.00 |
| 6560.7 · Gratuity | 100.00 |
| 6560 · Payroll Expenses - Other | 5,287.27 |
| **Total 6560 · Payroll Expenses** | 10,987.27 |
| 6800 · Taxes | |
| 6800.5 · Fuel Taxes | 330.37 |
| **Total 6800 · Taxes** | 330.37 |
| **Total Expense** | 22,581.58 |

# Spirit Tours
## Profit & Loss
### January 2011

|                          | Jan 11   |
| ------------------------ | -------- |
| **Net Ordinary Income**  | 165.22   |
| **Net Income**           | **165.22** |

23000 09/27/2010 10:24 AM

## SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service  (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

## 2009

Attachment
Sequence No. **09**

Name of proprietor
**Robyn T. Winston**

| | |
|---|---|
| A | Principal business or profession, including product or service (see page C-2 of the instructions)   **Charter Bus and Touring Services** | B | Enter code from pages C-9, 10, & 11  ▶ **485510** |

| | |
|---|---|
| C | Business name. If no separate business name, leave blank.   **Spirit Tours, LLC** | D | Employer ID number (EIN), if any  **54-2002213** |

E Business address (including suite or room no.) ▶ **2716 Jon Page Ct**
City, town or post office, state, and ZIP code   **Glen Allen**          **VA 23060-4474**

F Accounting method:  (1) **X** Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

G Did you "materially participate" in the operation of this business during 2009? If "No," see page C-3 for limit on losses   **X** Yes  ☐ No

H If you started or acquired this business during 2009, check here . . . . . ▶ ☐

## Part I    Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** See page C-4 and check the box if: | | |
| | • This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or | | |
| | • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-3 for limit on losses.   ▶ ☐ | 1 | 756,716 |
| 2 | Returns and allowances | 2 | 2,453 |
| 3 | Subtract line 2 from line 1 | 3 | 754,263 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 754,263 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4)   **See Stmt 1** | 6 | 7,117 |
| 7 | **Gross income.** Add lines 5 and 6   ▶ | 7 | 761,380 |

## Part II    Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 5,619 | 18 | Office expense | 18 | |
| 9 | Car and truck expenses (see page C-4) | 9 | 8,525 | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see page C-6): | | |
| 11 | Contract labor (see page C-4) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | 40,080 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) | 13 | 178,980 | 21 | Repairs and maintenance | 21 | 14,387 |
| | | | | 22 | Supplies (not included in Part III) | 22 | 1,987 |
| | | | | 23 | Taxes and licenses | 23 | 44,122 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | 13,787 |
| 15 | Insurance (other than health) | 15 | 46,588 | b | Deductible meals and entertainment (see page C-6) | 24b | 17,346 |
| 16 | Interest: | | | 25 | Utilities | 25 | 1,551 |
| a | Mortgage (paid to banks, etc.) | 16a | 81,260 | 26 | Wages (less employment credits) | 26 | 223,030 |
| b | Other | 16b | 1,448 | 27 | Other expenses (from line 48 on page 2) | 27 | 110,070 |
| 17 | Legal and professional services | 17 | 2,249 | | | | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27   ▶ | 28 | 791,029 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | -29,649 |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see page C-7). Estates and trusts, enter on **Form 1041, line 3.** | 31 | -29,649 |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-7). | | |
| | • If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on **Form 1041, line 3.** | 32a **X** | All investment is at risk. |
| | • If you checked 32b, you **must** attach Form 6198. Your loss may be limited. | 32b ☐ | Some investment is not at risk. |

For Paperwork Reduction Act Notice, see page C-9 of the instructions.                    Schedule C (Form 1040) 2009

DAA

**Robyn T. Winston**
Schedule C (Form 1040) 2009 **Charter Bus and Touring Services**                                    Page 2

| Part III | Cost of Goods Sold (see page C-8) | | |
|---|---|---|---|

**33** Method(s) used to
value closing inventory:    **a** ☐ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation ................................................................................ ☐ **Yes**    ☐ **No**

| | | | |
|---|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | **35** | |
| **36** | Purchases less cost of items withdrawn for personal use | **36** | |
| **37** | Cost of labor. Do not include any amounts paid to yourself | **37** | |
| **38** | Materials and supplies | **38** | |
| **39** | Other costs | **39** | |
| **40** | Add lines 35 through 39 | **40** | |
| **41** | Inventory at end of year | **41** | |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | **42** | |

| Part IV | Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-5 to find out if you must file Form 4562. |
|---|---|

**43** When did you place your vehicle in service for business purposes? (month, day, year) ▶ ...................................

**44** Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for:

**a** Business ...............    **b** Commuting (see instructions) ...............    **c** Other ...............

| | | | | |
|---|---|---|---|---|
| **45** | Was your vehicle available for personal use during off-duty hours? | | ☐ Yes | ☐ No |
| **46** | Do you (or your spouse) have another vehicle available for personal use? | | ☐ Yes | ☐ No |
| **47a** | Do you have evidence to support your deduction? | | ☐ Yes | ☐ No |
| **b** | If "Yes," is the evidence written? | | ☐ Yes | ☐ No |

| Part V | Other Expenses. List below business expenses not included on lines 8-26 or line 30. | |
|---|---|---|
| Bank Service Charges | | 705 |
| Cleaning | | 707 |
| Touring Costs/Subcontracted P | | 27,702 |
| Dues and subscriptions | | 2,123 |
| Customer Relations | | 956 |
| Postage and delivery | | 588 |
| Printing and reproduction | | 199 |
| Fuel | | 62,328 |
| Shop supplies | | 649 |
| Telephone supplies | | 386 |
| Transportation communications | | 9,230 |
| Miscellaneous | | 685 |
| Safety costs | | 148 |
| Website maintenance | | 120 |
| Professional Development | | 1,620 |
| Consulting fees | | 1,356 |
| Security expenses | | 16 |
| Uniforms | | 45 |
| Hiring expenses | | 200 |
| Amortization | | 307 |
| **48** Total other expenses. Enter here and on page 1, line 27 | **48** | **110,070** |